IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------
REBECCA MILLS, et al,

                       Plaintiffs,

-vs-

TEKNI-PLEX dba SWAN HOSE AND
COLORITE PLASTICS COMPANY, et al,

                       Defendants.
---------------------------------------------------

CASE NO. 1:10 CV 01354

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    On 23 March 2011, this matter was referred to Magistrate Judge Greg White for supervision of all pretrial matters, including hearing and determining all non-dispositive pretrial motions, pursuant to 28 U.S.C. § 636(b)(1). (Doc. 24).

    On 29 April 2011, Magistrate Judge White entered a Report and Recommendation ("R&R") on a motion to intervene filed by the Ohio Bureau of Workers' Compensation ("BWC"). (Doc. 27). He determined that BWC is entitled to intervention as a matter of right pursuant to Federal Rule 24(a)(2), and accordingly recommended granting BWC's motion. He further recommended that the plaintiffs' motion for leave to file the second amended complaint be granted. The parties filed no objections.

The Court has reviewed Magistrate Judge White's report and recommendation, and, having found no error, adopts it. Accordingly, BWC's motion to intervene as a party plaintiff is granted; plaintiffs Rebecca Mills and David L. Smith's motion for leave to file the second amended complaint is also granted.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: 24 May 2011