IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
REBECCA MILLS, et al : CASE NO. 1:10 CV 1354
:
                  Plaintiffs :
:
      -vs- :
:
TEKNI-PLEX dba SWAN HOSE AND : ORDER ADOPTING REPORT AND
COLORITE PLASTICS COMPANY, et al : RECOMMENDATION
:
                 Defendants. :
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This case is before the Court on Defendants' motion to dismiss Plaintiff Smith's second amended complaint. (Doc. #37). The Court referred this matter to United States Magistrate Judge Greg White for a report and recommendation ("R&R"). Magistrate Judge White filed his R&R decision on 9 September 2011, recommending that, Defendants' Motion to Dismiss be denied.

      Neither party has objected to the Magistrate Judge's report and recommended decision. Therefore, it must be assumed they are satisfied with it. Any further review by this Court would be a duplicative and ineffecient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140(1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 937 (6th Cir.

1981).

Accordingly, the Magistrate Judge's report and recommended decision is adopted.

IT IS SO ORDERED.

                                                /s/Lesley Wells
                                             UNITED STATES DISTRICT JUDGE

Dated: 13 October 2011